UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 17-21537-CIV-MORENO

KARL M. BROBERG,

       Plaintiff,

vs.

CARNIVAL CORPORATION,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE' LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Strike **(D.E. 51)**, Plaintiff's Motion in Limine **(D.E. 52)**, and Defendant's Motion to Strike **(D.E. 53)**. The Magistrate Judge filed a Report and Recommendation **(D.E. 83)** on **June 11, 2018**. The Court has reviewed the entire file and record. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

- Plaintiff's Motion to Strike **(D.E. 51)** is GRANTED;
- Plaintiff's Motion in Limine **(D.E. 52)** is GRANTED as to Nos. 1, 2, and 10 and DENIED as to No. 4;
- Defendant's Motion to Strike **(D.E. 53)** is GRANTED as to John Cocklin and DENIED as to Michael Whitekus and Bernard Pettingill. Defendant's motion is also DENIED-IN-PART and GRANTED-IN-PART as to Ross Klein. Mr. Klein's testimony is limited to the foreseeability of persons overboard and the correlation to alcohol consumption.

DONE AND ORDERED in Chambers at Miami, Florida, this _3___ of July 2018.

_____

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record

2